1
 Alexis Teran-Sanchez, Petitioner v. The People of the State of Colorado. Respondent: No. 25SC148, D
Supreme Court of Colorado, En Banc
September 2, 2025
          
 District Court, Adams County, Case No. 24CV30648
 
 
          
 GRANTED PETITIONS FOR WRIT OF CERTIORARI
 
 2
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the trial court's jury instruction on burden of
 proof and reasonable doubt, based on the 2023 Model Criminal
 Jury Instruction . . . violated petitioner's federal and
 constitutional rights to due process and a fair trial.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.